

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | § | No. 08-15-00166-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 5 |
| v. | | |
| | § | of El Paso County, Texas |
| ADEL MONTES AND JESUS MONTES, | | |
| | § | (TC# 2013-DCV2524) |
| Appellee. | | |
| | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until **October 13, 2015.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. J. Roberto Oaxaca, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before October 13, 2015.

IT IS SO ORDERED this 2nd day of October, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.